# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**SOUTHERN DIVISION**

| | |
|---|---|
| MARY GAGNIER,                    )<br>      Plaintiff,            )<br>                                  )<br>v.                                )<br>                                  )<br>                                  )   **JUDGMENT IN A CIVIL CASE**<br>MICHAEL J. ASTRUE,                )   **CASE NO. 7:11-CV-185-D**<br>*Commissioner of the Social*      )<br>*Security Administration,*        )<br>      Defendant.           ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 26] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 31] is DENIED, the Commissioner's decision is vacated, and this action is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk will close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 2, 2012,** WITH A COPY TO:

Kathleen S. Glancy  (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)


<u>October 2, 2012</u>                                        JULIE A. RICHARDS, Clerk
Date                                                 Eastern District of North Carolina

                                                               <u>/s/Debby Sawyer</u>
                                                                (By) Deputy Clerk

Raleigh, North Carolina